UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT LEE TAYLOR, SR., individually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL AUTO GROUP I, INC., a Washington corporation, d/b/a TACOMA DODGE CHRYSLER JEEP,<br><br>Defendants. | CASE NO. C 13-5245 KLS<br><br>REQUESTED RESPONSE |

The Plaintiff timely filed a Motion for Reconsideration (Dkt. 54) of this Court's Order on Summary Judgment. The Defendant is requested to file a response consisting of no more than 5 pages on or before August 22, 2014. See Local Rule 7(h).

DATED this 7th day of August, 2014.

Karen L. Strombom
United States Magistrate Judge

REQUESTED RESPONSE- 1

REQUESTED RESPONSE- 2